# Court of Appeals
# of the State of Georgia

ATLANTA,  June 02, 2022

*The Court of Appeals hereby passes the following order:*

**A22A1492. TOMICHEALINE WEST v. THE STATE.**

In 2017, Tomichealine West pleaded guilty to armed robbery. Four years later, proceeding pro se, he filed a motion for an out-of-time appeal. On April 7, 2022, the trial court dismissed West's motion, and he filed this appeal on May 12, 2022. We lack jurisdiction.

A notice of appeal must be filed within 30 days of entry of the order sought to be appealed. OCGA § 5-6-38 (a). The proper and timely filing of the notice of appeal is an absolute requirement to confer jurisdiction upon this Court. *Veasley v. State*, 272 Ga. 837, 838 (537 SE2d 42) (2000). West filed his notice of appeal 35 days after entry of the trial court's order dismissing his motion. Accordingly, this appeal is untimely and is hereby DISMISSED for lack of jurisdiction.[1]



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  06/02/2022

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_Stephen E. Castlen_____ , *Clerk.*

---

[1] We also note that the Georgia Supreme Court recently determined that a trial court lacks authority to grant an out-of-time appeal and such a motion must be dismissed. *Cook v. State*, ___ Ga. ___ (5) (870 SE2d 758, 782-783) (2022). Accordingly, even if his appeal was timely, West would not be entitled to any relief.